UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23566-MGC

CARLOS BRITO,
        Plaintiff,

v.

13931 NW 27 AVE LLC and RYTA
FOOD CORP.,
        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendants, 13931 NW 27 AVE LLC and RYTAFOOD CORP., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than fifteen (15) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this 20th day of September, 2021.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Carmen Maria Rodriguez* |
| ANTHONY J. PEREZ | Carmen Maria Rodriguez |
| Florida Bar No.: 535451 | Florida Bar No. 710385 |
| GARCIA-MENOCAL & PEREZ, P.L. | LAW OFFICES OF CARMEN |
| 4937 S.W. 74th Court | RODRIGUEZ, P.A. |
| Miami, FL 33155 | 15715 S. Dixie Hwy., Suite 411 |
| Telephone: (305) 553- 3464 | Palmetto Bay, Miami, FL 33157-1884 |
| Fax: (305) 553-3031 | Telephone: 305-254-6101 |
| Primary Email: ajperezlaw@gmail.com | Fax: 305-254-6048 |
| *Attorney for Plaintiff, CARLOS BRITO* | Email: crpa@crlaborlawfirm.com |
| | *Counsel for Defendants, 13931 NW 27 AVE LLC and RYTAFOOD CORP.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 20th day of September, 2021.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: dperaza@lawgmp.com

        By: */s/ Anthony J. Perez*
            ANTHONY J. PEREZ