UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-23566-MGC

CARLOS BRITO,

    Plaintiff,

v.

13931 NW 27 AVE LLC and RYTA FOOD CORP.,

    Defendants.
_____/

### JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, 13931 NW 27 AVE LLC and RYTA FOOD CORP ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on October 29, 2021.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Carmen Maria Rodriguez* |
| Anthony J. Perez | Carmen Maria Rodriguez |
| Florida Bar No. 535451 | Florida Bar No. 710385 |
| GARCIA-MENOCAL & PEREZ | LAW OFFICES OF CARMEN RODRIGUEZ |
| 4937 SW 74th Court, Unit 3 | 15715 S. Dixie Hwy., Suite 411, Palmetto Bay |
| Miami, FL 33155 | Miami, FL 33157-1884 |
| Telephone: (305) 553-3464 | Telephone: 305-254-6101 |
| Email: ajperez@lawgmp.com | Email: crpa@crlaborlawfirm.com |
| *Attorney for Plaintiff Carlos Brito* | *Attorney for Defendants, 13931 NW 27 AVE LLC and RYTAFOOD CORP.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on October 29, 2021.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com


By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ
     Florida Bar No.: 535451